DORA JAFFE v. MOE JAFFE.— Motion denied. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

DAVID GOLDMAN, Respondent, v. A. SCHOTTLAND, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

JULIUS C. METZGER, Respondent, v. FORTUNE GALLO, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

MORRIS SCHECKNER, Appellant, v. ABRAHAM WITTNER and AARON RAPPAPORT, Respondents.— Judgment and order reversed, with costs, and the motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.; Dowling, P. J., and Merrell, J., dissent on the authority of McMann v. Brown (92 App. Div. 249) and McCardell v. Metropolitan St. R. Co. (124 id. 528).

MICHAEL D'ARCY, Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION,■ Appellant, Impleaded with Another, Defendant.— Judgment reversed, with costs, and complaint dismissed, not upon the merits but for lack of jurisdiction of the subject-matter, with costs, upon the ground that this court has no jurisdiction. (Johnson v. U. S. Shipping Board Emergency Fleet Corporation, and accompanying cases, decided by the United States Supreme Court January 6, 1930.) [280 U. S. 320.] Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

FRANK D'AMBROSIO, Appellant, v. JOHN PALMIERI, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

ESTHER TANNENBAUM and GEORGE GOLDBLATT, Appellants, v. GERO ESPOSITO and FORTUNATA ESPOSITO, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

CHARLES W. JOHNSON, an Infant, by GUSTAV JOHNSON, His Guardian ad Litem, Appellant, v. THE SCHAEFER COMPANY, Respondent. GUSTAV JOHNSON, Appellant, v. THE SCHAEFER COMPANY, Respondent.— Judgments affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.; Finch and Sherman, JJ., dissent and vote for reversal and a new trial on the ground that an issue of fact was involved which should have been submitted to the jury, on the authority of Wood v. Third Avenue R. R. Co. (91 Hun, 276, at p. 277; affd., 157 N. Y. 696).

CHARLES W. SOMMER & BRO., INC., Respondent, v. ALBERT LORSCH & COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and Martin, JJ.